AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |
|---|---|
| _____<br>*Plaintiff(s)*<br><br>v.<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. _____

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

 

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

 

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                             *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

JUUL LABS, INC
560 20th Street
San Francisco, CA 94107
MDL2913_Service_JUUL@kirkland.com

ALTRIA GROUP, INC
c/o CT Corporation System
4701 Cox Road Suite 285
Glen Allen, Virginia 23060
MDL2913_Service_AltriaGroupInc@arnoldporter.com

Philip Morris USA, Inc.
c/o CT Corporation System
6601 W Broad Street
Richmond, VA, 23230 – 1723
MDL2913_Service_PMUSA@arnoldporter.com

Altria Client Services, LLC
c/o CT Corporation System
6601 W Broad Street
Richmond, VA 23230-1723
MDL2913_Service_AltriaClientServices@arnoldporter.com

Altria Group Distribution Company
c/o CT Corporation System
6601 W Broad Street
Richmond, VA 23230-1723
MDL2913_Service_AltriaDistributionGroup@arnoldporter.com

Altria Enterprises, LLC
c/o CT Corporation System
6601 W Broad Street
Richmond, VA 23230-1723
MDL2913_Service_AltriaEnterprises@arnoldporter.com

James Monsees
89 Belgrave Avenue
San Francisco, CA 94117-4225
Mdl2913_service_monsees@orrick.com

Adam Bowen
360 Elm Street
San Mateo, CA 94401-2512
MDL2913_Service_Bowen@boersch-illovsky.com

Ho Young Huh
6 Redberry Ridge
Portola Valley, CA 94028-8077
JUULMDLService@nixonpeabody.com

Riaz Valani
9 Isabella Avenue
Atherton, CA 94027-4031
JUULMDLService@nixonpeabody.com

Nicholas Pritzker
1 Letterman Drive - Building C - Suite C4-420
San Francisco, CA 94129-2402
JUULMDLService@nixonpeabody.com

Mother Murphy`s Laboratories, Inc
David S. Murphy, Sr
2826 S. Elm-Eugene Street
Greensboro, NC 27406
MDL2913_Service_MotherMurphyslaboratoriesInc@tysonmendes.com

Alternative Ingredients, Inc.
HD Business Services LLC
300 North Greene Street, Suite 200
Greensboro, NC 27401
MDL2913_Service_AlternativeIngredientsInc@tysonmendes.com

Tobacco Technology, Inc.
Gregory M. Garrett, Esq.
C/O Tydings & Rosenberg LLP
One East Pratt Street, suite 901
Baltimore, MD 21202
MDL2913_Service_TobaccoTechnology@tydings.com

Eliquitech, Inc.
Gregory M. Garrett, Esq.
C/O Tydings & Rosenberg LLP
One East Pratt Street, suite 901
Baltimore, MD 21202
MDL2913_Service_Eliquitech@tydings.com