AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of California

| | |
|---|---|
| ALEXIS JOHNSON<br>*Plaintiff(s)*<br><br>v.<br><br>JUUL LABS, INC., ET AL.<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  3:21-cv-04267-WHO

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  See Attached List

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Thomas P. Cartmell
Jonathan P. Kieffer
Tyler W. Hudson
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO  64112

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Susan Y. Soong*
*CLERK OF COURT*

Date:     06/07/2021

_Jenny Galang_
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  3:21-cv-04267-WHO

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Civil Action No.  3:21-cv-04267-WHO

JUUL LABS, INC
560 20th Street
San Francisco, CA 94107
MDL2913_Service_JUUL@kirkland.com

ALTRIA GROUP, INC
c/o CT Corporation System
4701 Cox Road Suite 285
Glen Allen, Virginia 23060
MDL2913_Service_AltriaGroupInc@arnoldporter.com

Philip Morris USA, Inc.
c/o CT Corporation System
6601 W Broad Street
Richmond, VA, 23230 – 1723
MDL2913_Service_PMUSA@arnoldporter.com

Altria Client Services, LLC
c/o CT Corporation System
6601 W Broad Street
Richmond, VA 23230-1723
MDL2913_Service_AltriaClientServices@arnoldporter.com

Altria Group Distribution Company
c/o CT Corporation System
6601 W Broad Street
Richmond, VA 23230-1723
MDL2913_Service_AltriaDistributionGroup@arnoldporter.com

Altria Enterprises, LLC
c/o CT Corporation System
6601 W Broad Street
Richmond, VA 23230-1723
MDL2913_Service_AltriaEnterprises@arnoldporter.com

James Monsees
89 Belgrave Avenue
San Francisco, CA 94117-4225
Mdl2913_service_monsees@orrick.com

Adam Bowen
360 Elm Street
San Mateo, CA 94401-2512
MDL2913_Service_Bowen@boersch-illovsky.com

Civil Action No.  3:21-cv-04267-WHO

Ho Young Huh
6 Redberry Ridge
Portola Valley, CA 94028-8077
JUULMDLService@nixonpeabody.com

Riaz Valani
9 Isabella Avenue
Atherton, CA 94027-4031
JUULMDLService@nixonpeabody.com

Nicholas Pritzker
1 Letterman Drive - Building C - Suite C4-420
San Francisco, CA 94129-2402
JUULMDLService@nixonpeabody.com

Mother Murphy`s Laboratories, Inc
David S. Murphy, Sr
2826 S. Elm-Eugene Street
Greensboro, NC 27406
MDL2913_Service_MotherMurphyslaboratoriesInc@tysonmendes.com

Alternative Ingredients, Inc.
HD Business Services LLC
300 North Greene Street, Suite 200
Greensboro, NC 27401
MDL2913_Service_AlternativeIngredientsInc@tysonmendes.com

Tobacco Technology, Inc.
Gregory M. Garrett, Esq.
C/O Tydings & Rosenberg LLP
One East Pratt Street, suite 901
Baltimore, MD 21202
MDL2913_Service_TobaccoTechnology@tydings.com

Eliquitech, Inc.
Gregory M. Garrett, Esq.
C/O Tydings & Rosenberg LLP
One East Pratt Street, suite 901
Baltimore, MD 21202
MDL2913_Service_Eliquitech@tydings.com