Thomas P. Cartmell (*pro hac vice*)
Jonathan P. Kieffer (*pro hac vice*)
Tyler W. Hudson (*pro hac vice*)
Wagstaff & Cartmell, LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Tel. (816) 701-1100

ATTORNEYS FOR PLAINTIFF

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL No. 2913**<br>**Case No. 3:19-md-02913-WHO**<br><br>**Honorable William H. Orrick** |
| **This Document Relates to:**<br><br>Alexis Johnson v. JUUL Labs, Inc., et al.,<br><u>No. 3:21-cv-04267-WHO</u> | |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Alexis Johnson gives notice that she voluntarily dismisses this action against all defendants without prejudice. Defendants have not yet served either an answer or a motion for summary judgment.

Dated: October 15, 2021

Respectfully submitted,

*/s/ Thomas P. Cartmell*
Thomas P. Cartmell (*pro hac vice*)
Jonathan P. Kieffer (*pro hac vice*)
Tyler W. Hudson (*pro hac vice*)
Wagstaff & Cartmell, LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Tel. (816) 701-1100
Fax (816) 531-2372
tcartmell@wcllp.com
jpkieffer@wcllp.com
thudson@wcllp.com

**ATTORNEYS FOR PLAINTIFF**

- 1 -
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2021, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to CM/ECF participants registered to receive service in this case.

*/s/ Thomas P. Cartmell*
Thomas P. Cartmell

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE